UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | 1:14CR130-1 |
| THOMAS EARL TILLEY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Defendant has moved this Court for an order modifying conditions of release allowing the Defendant to travel to 530 Bob Horton Road, Apex, North Carolina; leaving his residence on April 5, 2015, at 8:00 a.m. and returning the same day on or before 7:30 p.m., to attend Easter church service and dinner with his family.

For good cause shown, it is hereby ORDERED that the Defendant's Conditions of Release be modify as requested.

This the _____ day of _____, 2015.

_____
United States Magistrate Judge