IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA    )
                              )
       v.                    )       1:14CR130-1
                              )
THOMAS EARL TILLEY       )

**ORDER**

    This matter comes before the court on Defendant's Motion to
Modify Release Order (Doc. 58). Having considered the motion,
having been advised that the Government and the United States
Probation Officer do not object to the modification, and for
good cause shown,

    **IT IS ORDERED** that Defendant's motion to modify his release
conditions (Doc. 58) is **GRANTED** and that Defendant is hereby
allowed to travel to Charlottesville, Virginia, leaving
October 16, 2015, at 7:00 a.m. and returning October 19, 2015,
at 8 p.m., to attend his grandson's wedding and subsequent
family gathering over the weekend. All other release conditions
shall remain the same.

    This the 13th day of October, 2015.

                          *William L. Osteen, Jr.*
               _____
                 United States District Judge