UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | 1:14CR-130 |
| THOMAS EARL TILLEY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

ORDER ALLOWING COUNSEL TO WITHDRAW

THIS MATTER coming on to be heard, and being heard, pursuant to a Motion to Withdraw as Counsel of Record, the Court makes the following FINDINGS OF FACT:

1. That counsel was appointed to represent the above-captioned Defendant in a two count indictment. Count One alleged forcible interference with administration of Internal Revenue Laws, in violation of 26 U.S.C. §7212(a) and 18 U.S.C. § 2, and Count Two alleged attempt to evade and defeat tax, in violation of 26 U.S.C. §7201.

2. That on November 21, 2014, the Defendant entered a guilty plea to Count One of the indictment.

3. That on September 22, 2015, the Defendant was sentence to a term of 32 months in custody, followed by a term of supervised release of one year. The Defendant was order to pay $7,676,757.00.

4. That undersigned counsel has filed notice of appeal on behalf of the Defendant in this matter.

5. That counsel believes that the Defendant will be better served with new appellate counsel being appointed in this matter to assess all potential appellate issues objectively.

6. That undersigned counsel has discussed this matter with the Defendant and the Defendant has no objection to counsel being allowed to withdraw from further representation and the future appointment of new counsel by the Fourth Circuit Court of Appeals.

IT IS THEREFORE ORDERED that the Attorney James E. Quander be allowed to withdraw as counsel of record, relieving him of any further obligations in this matter.

This the _____ day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE